**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**THURMAN KIRKWOOD**                                             **PLAINTIFF**

**v.**                                                   **No. 2:09CV77-P-A**

**MARQUET DAWSON, ET AL.**                                    **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion [73]

by the defendants for summary judgment is **GRANTED IN PART, AND DENIED IN PART**.

Defendants Clarksdale Police Department and Coahoma County Sheriff's Department are

**DISMISSED** with prejudice from this suit.  The motion for summary judgment is, however,

**DENIED** with respect to the remaining defendants.  Further, as the court has accepted and

considered the plaintiff's motion [75] for time to respond to the motion for summary judgment,

the pending motion[75] for time is **DISMISSED** as moot.


        **SO ORDERED,** this the 26th  day of July, 2011.


                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE